No. 86–1102. MANUFACTURERS ASSOCIATION OF TRI-COUNTY ET AL. *v.* KNEPPER ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1382. SAJER, ADJUTANT GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, ET AL. *v.* JORDEN. C. A. 3d Cir. Certiorari denied.

No. 86–1570. MCKINLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–1607. BAILEY *v.* RYAN STEVEDORING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–1608. BULJUBASIC *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–1613. NATIONAL TREASURY EMPLOYEES UNION *v.* HORNER, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 86–1614. GRAHAM, AS EXECUTRIX OF THE ESTATE OF GRAHAM *v.* TELEDYNE-CONTINENTAL MOTORS, A DIVISION OF TELEDYNE INDUSTRIES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1619. LOCAL UNION NO. 690, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* CARUSO. Sup. Ct. Wash. Certiorari denied.

No. 86–1623. LOCAL 19, UNITED GLASS & CERAMIC WORKERS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1625. GORMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–1626. HASKINS *v.* UNITED STATES DEPARTMENT OF THE ARMY. C. A. 6th Cir. Certiorari denied.